IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DAVIS, | 1:06-CV-1216 AWI DLB P |
| Plaintiff, | |
| vs. | ORDER DISREGARDING MOTION FOR SUBPOENA OF PRISON TRUST ACCOUNT AS MOOT |
| RAMEN, et al., | (Document No. 2, 6) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On September 6, 2006, plaintiff filed a motion to subpoena his inmate trust account statement.  On September 7, 2006, plaintiff filed a motion to withdraw his previous motion to subpoena his prison trust account statement.  Due to the fact plaintiff has submitted the required documents regarding his application to proceed in forma pauperis, and the fact plaintiff has motion the court to withdraw his previous motion, IT IS HEREBY ORDERED THAT plaintiff's motions of September 6, 2006 and September 7, 2006 are DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   September 29, 2006                    /s/ Dennis L. Beck
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE