UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVIS, | 1:06-cv-01216-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15) |
| vs. | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 14) |
| DR. RAMEN, et al., | |
| Defendants. / | |

Plaintiff, James Davis ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 3, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On November 27, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Plaintiff filed an amended complaint on November 30, 2006, that has superceded the original complaint. This complaint has not been served on Defendants. "A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; *it may not attempt to determine the rights of persons not before the court*." Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985) (emphasis added). Plaintiff is not entitled to preliminary injunctive relief until such time as the court finds that his complaint contains cognizable claims for relief against the named defendants and the named defendants have been served with the summons and complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 3, 2006, are ADOPTED IN FULL; and,

2. Plaintiff's motion for preliminary injunctive relief, filed October 27, 2006, is DENIED, without prejudice, as PREMATURE.

IT IS SO ORDERED.

**Dated:   January 21, 2007**          **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE

2