UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVIS, | 1:06-cv-01216-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 16) |
| vs. | |
| DR. RAMEN, et al., | |
| Defendants. / | |

   Plaintiff, James Davis ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On November 8, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

   However, on November 27, 2006, Plaintiff filed a motion for

1

1  leave to file an amended complaint.  The Magistrate Judge
2  granted this motion on November 30, 2006 and the amended
3  complaint was filed the same day.
4       In accordance with the provisions of 28 U.S.C.
5  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
6  <u>de novo</u> review of this case.  Having carefully reviewed the
7  entire file, the Court finds the Findings and Recommendation to
8  be supported by the record and by proper analysis.
9       Accordingly, IT IS HEREBY ORDERED that:
10      1.   The Findings and Recommendation, filed November 8,
11           2006, are ADOPTED;
12      2.   This action will proceed on the November 30, 2006
13           amended complaint;
14      3.   This action is referred to the Magistrate Judge for
15           further proceedings.

IT IS SO ORDERED.

**Dated:  January 21, 2007**            /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

2