**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DAVIS, | CASE NO. 1:06-cv-01216-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DISMISSING CERTAIN CLAIMS |
| v. | |
| RAMEN, et al., | (Doc. 33) |
| Defendants. | |

Plaintiff James L. Davis ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 22, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on September 22, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 22, 2008, is adopted in full;
2. This action is dismissed against defendants Adams, V. Sanchez, C. Gardemal, Hense, M. Hodges, C. Hall, J. Burleson, and Teresa A. Schwartz for plaintiff's failure to

state a claim upon which relief may be granted;

3. This action is dismissed against defendants Sergeant Sanchez, Marks, Ketcham, Sheevers, Cornelius, Green, Marshall, all at California Men's Colony, for plaintiff's failure to exhaust administrative remedies prior to filing suit;

4. This action shall proceed only against defendants Ramen, Rangel, Solis and Johnson for violation of Plaintiff's Eighth Amendment rights; and

5. This action is REFERRED back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   October 8, 2008**             /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE