# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DAVIS, | CASE NO. 1:06-cv-01216-AWI-DLB PC |
| Plaintiff, | ORDER |
| v. | (Doc. 46) |
| RAMEN, et al., | |
| Defendants. | |

Plaintiff James L. Davis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2009, Plaintiff filed a letter in this action, requesting documents under the Freedom of Information Act (FOIA) from the Clerk Office of Records. (Doc. 46.) Plaintiff requests that he be provided with the "oath of office" taken by the undersigned magistrate judge.

Plaintiff's attempt to seek the disclosure of records via a request filed in a section 1983 action is misplaced. Requests for records must be made to the appropriate federal agency. 5 US.C. § 552(a)(3)(A). Plaintiff's request, filed November 16, 2009, is DISREGARDED.

IT IS SO ORDERED.

Dated:   **November 18, 2009**            **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE