# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DAVIS,<br><br>             Plaintiff,<br><br>      v.<br><br>RAMEN, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:06-cv-01216-AWI-DLB PC<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO MOTION<br><br>(Doc. 47) |

    Plaintiff James L. Davis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2009, Plaintiff filed a motion requesting modification of the deadlines set forth in the Scheduling Order. Plaintiff states that his legal papers, documents and work have been taken by prison staff.

    Defendants are directed to file a response to Plaintiff's motion within fifteen (15) days of service of this order.

    IT IS SO ORDERED.

    Dated:   December 1, 2009            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1