1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES L. DAVIS,                              CASE NO. 1:06-cv-01216-AWI-DLB PC

12                  Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS AND DENYING
13          v.                                    MOTIONS FOR INJUNCTIVE RELIEF

14   RAMEN, et al.,                               (Docs. 54, 56, 63)

15                  Defendants.

16   _____/

17

18          Plaintiff James L. Davis ("plaintiff") is a state prisoner proceeding pro se in this civil rights

19   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On February 2, 2010, the Magistrate Judge filed a Findings and Recommendations herein

22   which was served on plaintiff and which contained notice to plaintiff that any objection to the

23   Findings and Recommendations was to be filed within thirty days.  Plaintiff did not file a timely

24   Objection to the Findings and Recommendations.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de

26   novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

27   Recommendations to be supported by the record and by proper analysis.

28

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations, filed February 2, 2010, is adopted in full; and

3    2.    Plaintiff's motions for injunctive relief, filed December 21, 2009, are DENIED.

4

5    IT IS SO ORDERED.

6    **Dated:    April 6, 2010**                            **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28