# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DAVIS, | CASE NO. 1:06-cv-01216-AWI-SKO PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ORDER DENYING MOTION FOR A PRELIMINARY INJUNCTION |
| RAMEN, et al., | |
| Defendants. | (Doc. #47 & #74) |

Plaintiff James L. Davis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that Plaintiff's motion for preliminary injunctive relief be denied. The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date on which the Findings and Recommendations were served. Neither Plaintiff nor Defendants have filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1   Accordingly, the Court HEREBY ORDERS that:

2   1.   The May 4, 2010 Findings and Recommendations are ADOPTED in full; and

3   2.   Plaintiff's motion for preliminary injunctive relief is DENIED.

5   IT IS SO ORDERED.

6   Dated:   June 22, 2010

7                                                                   CHIEF UNITED STATES DISTRICT JUDGE