# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DAVIS, | CASE NO. 1:06-cv-01216-AWI-SKO PC |
| Plaintiff, | ORDER |
| v. | (Docs. 79, 80, 81) |
| RAMEN, et al., | |
| Defendants. | |

Plaintiff James L. Davis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 20, 2010, Plaintiff filed a motion to proceed in forma pauperis with the Court. (Doc. #80.) Plaintiff has already been granted in forma pauperis status. Plaintiff's motion will be denied as moot.

On August 25, 2010, Defendants filed a request to conduct Plaintiff's deposition via a video conference. The Court will grant Defendants' request.

On September 8, 2010, Defendants filed an accounting of the costs incurred by Plaintiff's failure to attend his June 2, 2010 deposition, as requested by the Court in its August 10, 2010 order. The Court issued monetary sanctions against Plaintiff on August 10, 2010, for failing to appear at his deposition. The Court will order Plaintiff to pay Defendants $1,055 in costs as outlined in Defendants' accounting notice.

Accordingly, it is HEREBY ORDERED that:

1.   Plaintiff's August 20, 2010 motion to proceed in forma pauperis is DENIED as moot;

///

1

2. Defendants' request to conduct Plaintiff's deposition via a video conference is GRANTED; and

3. Defendants' request for attorney's fees and court reporter expenses in the amount of $1,055 against Plaintiff is GRANTED.

IT IS SO ORDERED.

**Dated:   September 21, 2010**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE