# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DAVIS, | CASE NO. 1:06-cv-01216-AWI-SKO PC |
| Plaintiff, | ORDER RE MOTIONS |
| v. | (Docs. 86, 91, 93) |
| RAMEN, et al., | |
| Defendants. | |

Plaintiff James L. Davis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court are three motions from Plaintiff.

On September 29, 2010, Plaintiff filed a motion "for Copies of the Record, and Court Orders."  (Doc. #86.)  Plaintiff filed a similar "Expedited Motion of Extension of Time, and Expedited Motion for Copies of the Record" on November 22, 2010.  (Doc. #93.)  Plaintiff claims that Defendants and their counsel conspired to steal Plaintiff's legal property.  Plaintiff requests copies of all the documents on the docket.

Plaintiff is advised that the Court does not provide copy services and will not provide Plaintiff with copies of every document on the docket in this action.  Copies of documents may be obtained from the court file by contacting Attorney's Diversified Services at 741 N. Fulton Street, Fresno, California 93728, 800-842-2695, and paying the appropriate fee for the copies.

Plaintiff's November 22, 2010 motion requests an extension of time "to prepare for summary judgment, and production of the record of all discovery requests, motions to compell[sic], motions

for sanctions." The deadline for conducting discovery has long passed. The Court will not extend the deadline for conducting discovery.

The Court granted an extension of the deadline to file dispositive motions on October 18, 2010. The deadline for filing dispositive motions was thirty (30) days after Plaintiff's deposition or December 15, 2010, whichever came first.[1] The Court will grant Plaintiff's request for an extension. Dispositive motions shall be due within thirty (30) days of the date of service of this order. **No further extensions of time will be granted for the deadline to file dispositive motions.**

On November 1, 2010, Plaintiff filed a motion requesting leave to file an amended complaint. The deadline for amending the pleadings was April 9, 2010. Plaintiff's request is late. Accordingly, Plaintiff's request to file an amended complaint will be denied.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's requests for copies of the record are DENIED;
2. Plaintiff's request for an extension of time is PARTIALLY GRANTED. Dispositive motions shall be filed within thirty (30) days of the date of service of this motion.
3. Plaintiff's request for leave to file an amended complaint is DENIED.

IT IS SO ORDERED.

**Dated:   December 7, 2010**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Since the Court is unaware of when or if Plaintiff's deposition occurred, it is unclear whether the deadline has passed.