1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   JAMES L. DAVIS,                                    CASE NO. 1:06-cv-01216-AWI-SMS PC

10                    Plaintiff,                       ORDER TO FILE AMENDED DECLARATION
                                                       OF DEFENDANT RAMEN
11         v.
                                                       TEN DAY DEADLINE
12   RAMEN, et al.,

13                    Defendants.

14   _____/

15         Plaintiff James L. Davis ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Upon review of Defendants' motion

17   for summary judgment, it was discovered that the Declaration of Dr. Ramen is missing page 6.

18         Accordingly, it is HEREBY ORDERED that Defendants shall file an amended Declaration

19   of Dr. Ramen, including the missing page, within ten days from the date of service of this order.

20         IT IS SO ORDERED.

21   **Dated:    June 1, 2011**                              **/s/ Sandra M. Snyder**
                                                       UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

1