# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>RAMEN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01216-AWI-BAM PC<br><br>ORDER ADDRESSING PLAINTIFF'S MOTION FOR CORRECTION OF THE CONTENTS OF THE RECORD ON APPEAL<br><br>(ECF No. 130) |

    On October 31, 2011, Plaintiff filed a motion for correction of the contents of the record on appeal. (ECF No. 130.) Plaintiff states that he wants to clarify a misunderstanding regarding a request for transcripts. It is unclear from Plaintiff's motion whether he is requesting that transcripts be provided to him or to the appellate court.

    The Court of Appeals will request the record from this court as needed and the transcripts will be transmitted electronically when requested by the appellate court. The Clerk's Office does not provide free copies of documents to parties. If Plaintiff needs copies, copies up to 20 pages may be made by the Clerk's Office at a charge of $.50 per page. For larger copy orders, contact Attorney's Diversified Service (ADS) by writing to them at 741 N. Fulton Street, Fresno, CA 93728, by phoning 1-800-842-2695, by faxing a request to 559-486-4119, or by leaving a voice mail at 559-259-8544.

    IT IS SO ORDERED.

Dated:   November 2, 2011                        /s/ **Barbara A. McAuliffe**
                                                                  UNITED STATES MAGISTRATE JUDGE